IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MITZI T. MOYE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-113 (LAG) |
| | : | |
| CITY OF DONALSONVILLE, GEORGIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER

Before the Court is Defendants' Motion for Extension of Time to File Reply. (Doc. 5). Therein, Defendants request a five-day extension of time to file a reply in support of their Motion to Dismiss. (*Id.* ¶ 5). Counsel for Defendants represents that he "inten[ded] to obtain a 14 day extension from the Clerk, pursuant to Rule 6.2 of the Local Rules[,]" but had the wrong deadline to do so in mind. (*Id.* ¶ 3). Upon review and consideration, Defendants' Motion is **GRANTED**.[1] Defendants' reply to the Motion to Dismiss (Doc. 3) is due **Monday, September 22, 2025**.

**SO ORDERED**, this 19th day of September, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court rules on Defendants' Motion pursuant to Local Rule 7.7, which states that "motions for extensions of time" may be considered by the Court immediately after filing. M.D. Ga. L.R. 7.7. "Objections to the motion[] will be entertained even after entry of an order on the motion, however. Any party desiring to submit an objection to . . . the foregoing motion[] must file a written objection within seven (7) days after service of the motion." *Id.*